FINLAY *v.* FINLAY BROTHERS AND WAYMOUTH TRADING CO.

Moción para que se desestime la apelación

No. 66.—Resuelto en Diciembre 20, 1904.

APELACIÓN—DESESTIMACIÓN.—La desestimación de una apelación por falta de cumplimiento, por parte del apelante, con las reglas del Tribunal, es materia que debe resolverse con arreglo á las circunstancias que concurran en cada caso, y sobre la que el Tribunal tiene completa discreción.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Acuña (Eduardo)*.

Abogados de los apelados: *Sres. Díaz & Texidor*.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del Tribunal.

En este pleito el apelante estableció recurso de apelación del fallo dictado por la Corte de Distrito de San Juan á principios de Julio. No se hizo diligencia alguna para establecer la apelación ante esta Corte Suprema hasta el día 1°. de Diciembre de 1904. En ese día los apelados comparecieron y presentaron una moción para que se desestimase la apelación, por la razón de que el nuevo Reglamento de esta Corte empezó á regir el día 1°. de Noviembre de 1904, y que el apelante había dejado de cumplir con las prescripciones de la regla 50, que prescribe que el apelante presentará cópia de los autos en esta corte dentro de los 20 días á partir de la fecha en que la apelación haya sido establecida.

La moción fué discutida el día 12 de Diciembre de 1904, habiendo manifestado el abogado de los apelados que aunque los Sres. Diaz y Texidor comparecieron en la Corte inferior como abogados de la parte contraria, sin embargo el Letrado Sr. Texidor había sido el abogado defensor en este pleito; que el Sr. Texidor había estado ausente en Europa y que se había esperado su regreso con el objeto de someter la copia de los autos para su aprobación y para hacer las adiciones que creyese conveniente; que los documentos se estaban preparando desde principio de Octubre, y que el dicho abogado del apelante, se había dado prisa en preparar los autos, pidiendo á la Corte que excusase su rebeldía por motivo de haberse cambiado el procedimiento. El Letrado además alegó en su declaración jurada, que él entregó al Sr. Texidor una copia de los autos en el momento en que fué notificado de la moción por la cual se pidió la desestimación. El Letrado citó también al Tribunal el párrafo 5079 del Tomo 3°. de Estee's Pleading.

La Corte ha examinado las reglas y procedimientos del

Estado de California y encuentra que son algo distintas de las nuestras.

La Corte Suprema de California en casos apropiados ha excusado á un apelante que según la ley se hallaba en rebeldía, y como un caso que puede servir de ejemplo es el de *Carter* vs. *Paige,* publicado en el Tomo 77 de las Decisiones de California, página 64; pero cada caso de ésta naturaleza debe regularse según las circumstancias que concurran especialmente.

Nuestra propia regla 64 prescribe que la Corte puede desestimar la apelación cuando el apelante dejare de cumplir con el Reglamento. Las prescripciones del Artículo 50 son liberales en lo que se refieren á extensión ó á prórroga de tiempo y el Tribunal insistirá generalmente en que se cumpla estrictamente con esa regla, pero en el caso presente en atención al tiempo en que se interpuso la apelación, á los esfuerzos del apelante para cumplir con los demás requisitos del Reglamento y por razón de la fecha reciente en que empezó á regir y á la novedad del procedimiento, el Tribunal ejercerá la discreción que tiene para declarar sin lugar la moción presentada para que se desestime la apelación.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y MacLeary.